UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | INDICTMENT NO.: 6:19-CR-00011 |
| ) | |
| TRAVIS TUENGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Counsel for Defendant has moved this Court to seal certain investigative summaries which were submitted to the Court in support of Defendant's Motion to Suppress (Doc. No. 32.) In support of the Motion to Seal, counsel asserts that those exhibits contain information that would identity a minor and her family as well as other alleged victims and their families and contain information about the alleged crimes in this case. Further, as counsel notes, the sealing of these Exhibits would keep in line with the Court's prior sealing of the exhibits and transcript of the Bond Hearing.

Therefore, having found cause to seal, it is hereby ordered that Defendant's Motion to Seal, this Order, and Exhibits Three through Seven submitted in support of Defendant's Motion to Suppress (Doc. No. 32) are hereby sealed and will remained sealed until further order of this Court.

SO ORDERED this 21st day of November, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia